UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 07-CR-00683 (JSR) |
| | ECF case |
| - v. - | |
| | |
| CAROLE ARGO, | **NOTICE OF APPEARANCE** |
| | |
| Defendant. | |

------------------------------------x

**PLEASE TAKE NOTICE** that Paul A. Engelmayer of Wilmer Cutler Pickering Hale and Dorr LLP, with offices at 399 Park Avenue, New York, NY 10022, hereby appears on behalf of Defendant Carole Argo.

I hereby certify that I am admitted to practice before this Court.

Dated:  New York, New York
        August 8, 2007

/s/ Paul A. Engelmayer
Paul A. Engelmayer
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230.8800
Fax: (212) 230.8888