UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
:
UNITED STATES OF AMERICA        : Case No. 07-CR-00683 (JSR)
                                : ECF case
    - v. -                      :
                                :
CAROLE ARGO,                    : **NOTICE OF APPEARANCE**
                                :
            Defendant.          :
                                :
                                :
------------------------------x


**PLEASE TAKE NOTICE** that Peter K. Vigeland of Wilmer Cutler Pickering Hale and Dorr LLP, with offices at 399 Park Avenue, New York, NY 10022, hereby appears on behalf of Defendant Carole Argo.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 8, 2007

/s/ Peter K. Vigeland
Peter K. Vigeland
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230.8800
Fax: (212) 230.8888