SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America        Plaintiff,

                                                            7 cr 00683    (JSR)

            - against -
Carole D. Argo            Defendant.            **ORDER FOR ADMISSION**
                                                **PRO HAC VICE**
                                                **ON ORAL MOTION**

Upon the oral motion of    Paul A. Engelmayer    attorney for
Carole Argo    and said sponsor attorney's affidavit
declaration that applicant    Matthew B. Holmwood    is a member in good standing of
the bar(s) of the state(s) of    District of Columbia and Pennsylvania    ;
and that applicant's contact information is as follows (please print):

    Applicant's Name:    Matthew B. Holmwood
    Firm Name:          WilmerHale
    Address:            1875 Pennsylvania Ave
    City/State/Zip:     Washington, DC 20006
    Telephone/Fax:      (202) 663-6449
    Email Address:      matthew.holmwood@wilmerhale.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
Carole Argo    in the above entitled action;

**IT IS HEREBY ORDERED** that    Matthew B. Holmwood    , is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated:    10/5/2007
City, State:    New York, New York

                                    _____
                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006